# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY; BOARD OF
SUPERVISORS OF LOUISIANA STATE
UNIVERSITY; GARRETT "HANK" DANOS, IN
HIS INDIVIDUAL AND OFFICIAL
CAPACITY; ROBERT "BOBBY" YARBOROUGH,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; STANELY JACOBS, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
JAMES WILLIAMS, IN HIS INDIVIDUAL
AND OFFICIAL CAPACITY; MARY LEACH
WERNER, IN HER INDIVIDUAL AND
OFFICIAL CAPACITY; ROBERT DAMPP, IN
HIS INDIVIDUAL AND OFFICIAL
CAPACITY; REMY VOISIN STARNS, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
FIELDON KING "KING" ALEXANDER, IN
HIS INDIVIDUAL AND OFFICIAL
CAPACITY; WILLIAM JENKINS, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
TAYLOR PORTER BROOKS & PHILLIPS LLP,
WILLIAM SHELBY MCKENZIE,
INDIVIDUALLY; VICKI CROCHET,
INDIVIDUALLY; ROBERT "BOB" BARTON,
INDIVIDUALLY; LESLIE EDWIN "LES"
MILES, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; JOSEPH "JOE"
ALLEVA, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITY; SCOTT WOODWARD,
IN HIS INDIVIDUAL AND OFFICIAL
CAPACITY; VERGE AUSBERRY, IN HIS
INDIVIDUAL AND OFFICIAL CAPACITY;
MIRIAM SEGAR, IN HER INDIVIDUAL AND
OFFICIAL CAPACITY; JOHN DOE (1-10)
INDIVIDUALLY AND JANE DOE (10-20)
INDIVIDUALLY

NO.   2024 CW 0318

**APRIL 11, 2024**

---

In Re:    Sharon Lewis, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 708082.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED.**

                              MRT
                              AHP
                              HG

COURT OF APPEAL, FIRST CIRCUIT



_____
    DEPUTY CLERK OF COURT
      FOR THE COURT